# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 17, 2026

*By the Court:*

| | |
|---|---|
| Nos. 26-3135 & 26-3369 | KENNETH MANNING, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>MCDONALD'S USA, LLC and MCDONALD'S CORPORATION,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-00210<br>Northern District of Illinois, Eastern Division<br>District Judge Steven C. Seeger | |

On consideration of appellant's status report,

**IT IS ORDERED** that these appeals are **CONSOLIDATED** for purposes of briefing and disposition. Briefing will proceed as follows:

1. The appellants shall file a brief and required short appendix on or before December 28, 2026.

2. The appellees shall file a brief on or before January 27, 2027.

3. The appellants shall file a reply brief, if any, on or before February 17, 2027.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).