# APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: 26-3135 / 26-3369

Short Caption: Kenneth Manning, et al. v. McDonald's USA LLC, et al.

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ] **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
A complete list of the Plaintiff-Appellants represented by the attorney is attached as Exhibit A to this disclosure statement.

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
Loevy & Loevy, the Ferraro Law Firm

(3) If the party, amicus or intervenor is a corporation:

i) Identify all its parent corporations, if any; and
N/A

ii) list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:
N/A

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:
N/A

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:
N/A

---

Attorney's Signature: /s/ Dan Twetten Date: November 19, 2026

Attorney's Printed Name: Dan Tweetten

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d). **Yes** _____ **No** _____

Address: Loevy & Loevy, 311 N. Aberdeen Street, 3rd Floor, Chicago IL 60607

Phone Number: (312) 243-5900 Fax Number: (312) 243-5902

E-Mail Address: dan@loevy.com



American LegalNet, Inc.
www.FormsWorkFlow.com

**Exhibit A**

1. Kenneth Manning
2. Christine Crawford
3. Keith Manning
4. Delores Crawford
5. Van Jakes
6. Annis Alston-Staley
7. Harry Staley
8. Robert Bonner
9. Larry Brown
10. Benny Clark
11. Eleanor Clark
12. Glenda Claypool
13. Juneth Daniel
14. Yves Dominique
15. Wise Finley
16. Jacqueline George
17. Anthony George
18. Wesley Hall
19. Al Harris
20. Kristen Harris
21. Lawrence Holland
22. Douglas Hollis
23. Glenna Hollis
24. Laetittia Johnson
25. Harold Lewis
26. Jeremy Lewis
27. Joseph Mbanefo
28. Scott Miller
29. Dwight Miller
30. Dawn Mussenden
31. William Rasul
32. Dwayne Richard Johnson
33. Jeffery Rogers
34. Carrie Salone
35. Jeremiah Simmons
36. Floyd Sims
37. Allen Stafford
38. Ronnie Thornton
39. Errol Thybulle
40. Norman Williams
41. Lance Williams
42. Jacqueline Wynn
43. Mithcell Mcguire
44. Lois Mcguire
45. Gordon Thornton
46. Serge Tancrede
47. Karen Tancrede
48. William (Pete) Washington